UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Offices of Andy Winchell, P.C.
100 Connell Drive, Suite 2300
Berkeley Heights, New Jersey 07922
Telephone No. (973) 457-4710
andy@winchlaw.com
By: Andy Winchell [AW-6590]
Attorney for the Debtor

Order Filed on February 18, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Daniela Maria Rosa
         Debtor

Case No.: 17-27826 (CMG)

Chapter: 11

Judge: Hon. Christine M Gravelle

# ORDER ON MOTION FOR AUTHORIZATION
## TO ENTER INTO FINAL LOAN MODIFICATION AGREEMENT
### (CHAPTER 11 or 12)

The relief set forth on the following page is **ORDERED**.

**DATED: February 18, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court having reviewed the Motion for Authorization to Enter into Final Loan Modification Agreement filed on <u>January 21, 2020</u>, as to the <u>First</u> mortgage *[enter first, second, etc.]* concerning real property located at <u>23 Robin Road, Warren, New Jersey 07059</u>, and the Court having considered any objections filed to such motion, it is hereby ORDERED that:

[X]    The debtor is authorized to enter into the final loan modification agreement.

1)    The final loan modification agreement must be fully executed no later than 14 days from the date of this order. If it is not, the secured creditor, within 14 days thereafter, must file with the Court and serve on the debtor, debtor's attorney, trustee, and creditors' committee, if any, a Certification indicating why the agreement was not fully executed. A response by the debtor, if any, must be filed and served within 7 days of the filed date of the secured creditor's Certification; and

2)    The debtor must, within 30 days of the date of this Order, provide a copy of the finalized loan modification agreement to the U.S. Trustee, and the Trustee, if any; and

3)    If the loan modification results in material changes in the debtor's expenses, the debtor must file amended Schedules I and J within 14 days of the date of this Order; and

4)    If fees and costs related to loss mitigation/loan modification are sought by the debtor's attorney, an Application for Compensation in compliance with D.N.J. LBR 2016-1 must be filed.

[ ]    The Motion for Authorization to Enter into Final Loan Modification Agreement is denied.

*new.12/17/19*

United States Bankruptcy Court
District of New Jersey

In re:  
Daniela Maria Rosa  
     Debtor

Case No. 17-27826-CMG  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-3　　　User: admin　　　Page 1 of 1　　　Date Rcvd: Feb 19, 2020  
　　　　　　　　　　　　　Form ID: pdf903　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2020.  
db　　　　　　+Daniela Maria Rosa,　 23 Robin Road,　 Warren, NJ 07059-5039

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2020　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2020 at the address(es) listed below:

　　　　Andrew L. Spivack　　on behalf of Creditor　 U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ADJUSTABLE RATE MORTGAGE TRUST 2005-9, ADJUSTABLE RATE MORTGAGE BACKED PASS THROUGH CERTIFICATES, SERIES 2005-9 nj.bkecf@fedphe.com  
　　　　Andy Winchell　　on behalf of Plaintiff Daniela Maria Rosa andy@winchlaw.com, awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com  
　　　　Andy Winchell　　on behalf of Debtor Daniela Maria Rosa andy@winchlaw.com, awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com  
　　　　Brian C. Nicholas　　on behalf of Creditor　 BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
　　　　Charles G. Wohlrab　　on behalf of Creditor　 U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ADJUSTABLE RATE MORTGAGE TRUST 2005-9, ADJUSTABLE RATE MORTGAGE BACKED PASS THROUGH CERTIFICATES, SERIES 2005-9 cwohlrab@LOGS.com, njbankruptcynotifications@logs.com  
　　　　Diane A. Bettino　　on behalf of Creditor　 WELLS FARGO BANK, N.A. dbettino@reedsmith.com, kcamarda@reedsmith.com  
　　　　Diane A. Bettino　　on behalf of Interested Party　 WELLS FARGO dbettino@reedsmith.com, kcamarda@reedsmith.com  
　　　　Diane A. Bettino　　on behalf of Defendant　 WELLS FARGO dbettino@reedsmith.com, kcamarda@reedsmith.com  
　　　　Ethan R. Buttner　　on behalf of Defendant　 WELLS FARGO ebuttner@reedsmith.com  
　　　　Henry Falkner Reichner　　on behalf of Defendant　 WELLS FARGO hreichner@reedsmith.com, rparrish@reedsmith.com;docketingecf@reedsmith.com  
　　　　John O. Lukanski　　on behalf of Creditor　 WELLS FARGO BANK, N.A. jlukanski@reedsmith.com, jlukanski@reedsmith.com  
　　　　Kevin Gordon McDonald　　on behalf of Creditor　 Adjustable Rate Mortgage Trust 2005-9, Adjustable Rate Mortgage et al... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
　　　　Lauren Bielskie　　on behalf of U.S. Trustee　 U.S. Trustee lauren.bielskie@usdoj.gov  
　　　　Melissa N. Licker　　on behalf of Creditor　 Specialized Loan Servicing, LLC NJ_ECF_Notices@mccalla.com  
　　　　U.S. Trustee　　USTPRegion03.NE.ECF@usdoj.gov

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 15