UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on April 20, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: <br><br> Daniela Maria Rosa | Case No.  17-27826-CMG |
| | Hearing Date:  6/2/20 |
| | Judge:  Gravelle |

**ORDER AND NOTICE ON DISCLOSURE STATEMENT**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 20, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court having noted that a Plan and Disclosure Statement have been filed by ____Andy Winchell____ as attorney(s) for the ____Debtor____ and for good cause shown, it is

ORDERED that pursuant to the provisions of Bankruptcy Rule 3017 (a), hearing on the adequacy of the Disclosure Statement shall be held before the Honorable ____Christine M. Gravelle____ at the following time and place:

DATE AND TIME: June 2, 2020 at 2:00 pm
COURTROOM: 3
PLACE: USBC
402 East State Street
Trenton NJ  08608

ORDERED that notice of said hearing shall be sent by the Clerk of the Bankruptcy Court in accordance with the provisions of Bankruptcy Rule 3017 (a) at least 28 days prior to the hearing date. Written objections to the adequacy of the Disclosure Statement shall be filed with the Clerk of this Court and served upon counsel for the Debtor, Counsel for the Creditor's Committee and upon the United States Trustee no later than 14 days prior to the hearing before this Court, unless otherwise directed by the court; and it is further

ORDERED that copies of the Disclosure Statement and Plan, together with copies of this Notice and Order, shall be served by the proponent of the Disclosure Statement and Plan on the Debtor, United State Trustee, Counsel for the Creditor's Committee, and the Securities and Exchange Commission.  Such copies shall also be provided by the proponent to any party in interest, upon written request; and it is further

ORDERED that no creditor or other party in interest shall be heard in opposition to the adequacy of the Disclosure Statement without good cause, unless such party shall have served and filed such objection within the aforementioned time and effected service upon the parties named above.

*rev.12/1/09*

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 17-27826-CMG
Daniela Maria Rosa                                                                  Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 1              Date Rcvd: Apr 20, 2020
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 22, 2020.
db              +Daniela Maria Rosa,   23 Robin Road,   Warren, NJ 07059-5039

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2020                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 20, 2020 at the address(es) listed below:
          Andrew L. Spivack    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
           ADJUSTABLE RATE MORTGAGE TRUST 2005-9, ADJUSTABLE RATE MORTGAGE BACKED PASS THROUGH CERTIFICATES,
           SERIES 2005-9 nj.bkecf@fedphe.com
          Andy   Winchell    on behalf of Plaintiff Daniela Maria Rosa andy@winchlaw.com,
           awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com
          Andy   Winchell    on behalf of Debtor Daniela Maria Rosa andy@winchlaw.com,
           awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com
          Brian C. Nicholas    on behalf of Creditor    BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Charles G. Wohlrab    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
           ADJUSTABLE RATE MORTGAGE TRUST 2005-9, ADJUSTABLE RATE MORTGAGE BACKED PASS THROUGH CERTIFICATES,
           SERIES 2005-9 cwohlrab@LOGS.com,   njbankruptcynotifications@logs.com
          Diane A. Bettino    on behalf of Creditor    WELLS FARGO BANK, N.A. dbettino@reedsmith.com,
           kcamarda@reedsmith.com
          Diane A. Bettino    on behalf of Interested Party    WELLS FARGO dbettino@reedsmith.com,
           kcamarda@reedsmith.com
          Diane A. Bettino    on behalf of Defendant    WELLS FARGO dbettino@reedsmith.com,
           kcamarda@reedsmith.com
          Ethan R. Buttner    on behalf of Defendant    WELLS FARGO ebuttner@reedsmith.com
          Henry Falkner Reichner    on behalf of Defendant    WELLS FARGO hreichner@reedsmith.com,
           rparrish@reedsmith.com;docketingecf@reedsmith.com
          John O. Lukanski    on behalf of Creditor    WELLS FARGO BANK, N.A. jlukanski@reedsmith.com,
           jlukanski@reedsmith.com
          Kevin Gordon McDonald    on behalf of Creditor    Adjustable Rate Mortgage Trust 2005-9, Adjustable
           Rate Mortgage et al... kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Lauren   Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
          Melissa N. Licker    on behalf of Creditor    Specialized Loan Servicing, LLC
           NJ_ECF_Notices@mccalla.com,   mccallaecf@ecf.courtdrive.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 15