| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| Law Offices of Andy Winchell, P.C.<br>100 Connell Drive, Suite 2300<br>Berkeley Heights, New Jersey 07922<br>Telephone No. (973) 457-4710<br>andy@winchlaw.com<br>By: Andy Winchell [AW-6590]<br>Attorney for the Debtor | Order Filed on June 2, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Daniela Maria Rosa | Case No.: 17-27826 (CMG)<br>Hearing Date: June 2, 2020<br>Judge: Hon. Christine M Gravelle<br>Chapter: 11 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 2, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Law Offices of Andy Winchell, PC, Debtor's Attorney | $26,741.50 | $54.00 |

*rev. 7/1/04 jml*

United States Bankruptcy Court
District of New Jersey

In re:
Daniela Maria Rosa
    Debtor

Case No. 17-27826-CMG
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 02, 2020
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2020.
db            +Daniela Maria Rosa,    23 Robin Road,    Warren, NJ 07059-5039

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2020                                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2020 at the address(es) listed below:

          Andrew L. Spivack    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ADJUSTABLE RATE MORTGAGE TRUST 2005-9, ADJUSTABLE RATE MORTGAGE BACKED PASS THROUGH CERTIFICATES, SERIES 2005-9 nj.bkecf@fedphe.com
          Andy Winchell    on behalf of Plaintiff Daniela Maria Rosa andy@winchlaw.com, awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com
          Andy Winchell    on behalf of Debtor Daniela Maria Rosa andy@winchlaw.com, awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com
          Brian C. Nicholas    on behalf of Creditor    BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
          Diane A. Bettino    on behalf of Creditor    WELLS FARGO BANK, N.A. dbettino@reedsmith.com, kcamarda@reedsmith.com
          Diane A. Bettino    on behalf of Interested Party    WELLS FARGO dbettino@reedsmith.com, kcamarda@reedsmith.com
          Diane A. Bettino    on behalf of Defendant    WELLS FARGO dbettino@reedsmith.com, kcamarda@reedsmith.com
          Elizabeth L. Wassall    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ADJUSTABLE RATE MORTGAGE TRUST 2005-9, ADJUSTABLE RATE MORTGAGE BACKED PASS THROUGH CERTIFICATES, SERIES 2005-9 ewassall@logs.com, njbankruptcynotifications@logs.com
          Ethan R. Buttner    on behalf of Defendant    WELLS FARGO ebuttner@reedsmith.com
          Henry Falkner Reichner    on behalf of Defendant    WELLS FARGO hreichner@reedsmith.com, rparrish@reedsmith.com;docketingecf@reedsmith.com
          John O. Lukanski    on behalf of Creditor    WELLS FARGO BANK, N.A. jlukanski@reedsmith.com, jlukanski@reedsmith.com
          Kevin Gordon McDonald    on behalf of Creditor    Adjustable Rate Mortgage Trust 2005-9, Adjustable Rate Mortgage et al... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Lauren Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
          Melissa N. Licker    on behalf of Creditor    Specialized Loan Servicing, LLC NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                            TOTAL: 15