UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on June 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Daniela Maria Rosa

Case No.: 17-27826-CMG

Hearing Date: 6/2/20

Judge: Gravelle

Chapter: 11

**ORDER APPROVING DISCLOSURE STATEMENT AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN, COMBINED WITH NOTICE THEREOF**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 2, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

A disclosure statement under Chapter 11 of the Bankruptcy Code having been filed by _____Andy Winchell_____ on _____4/20/20_____ referring to a plan under Chapter 11 of the Code; and

It having been determined after hearing on notice, that the disclosure statement contains adequate information, it is

ORDERED and notice is hereby given, that:

A. The disclosure statement, dated _____4/20/20_____ is approved.

B. Within 14 days after entry of this order, copies of this order, the approved disclosure statement and the plan, together with a ballot conforming to Official Form 14, shall be mailed by the plan proponent to all creditors, equity security holders and other parties in interest as provided by Fed. R. Bankr. P. 3017(d).

C. Written acceptances, rejections or objections to the plan referred to above shall be filed with the attorney for the plan proponent not less than seven (7) days before the hearing on confirmation of the plan.

D. _____August 4, 2020_____ at \_\_2:00 pm\_\_ is fixed as the date and time for the hearing on confirmation of the plan.

*rev.12/1/09*

United States Bankruptcy Court
District of New Jersey

In re:
Daniela Maria Rosa
    Debtor

Case No. 17-27826-CMG
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jun 02, 2020
Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2020.
db    +Daniela Maria Rosa,   23 Robin Road,   Warren, NJ 07059-5039

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2020    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2020 at the address(es) listed below:

      Andrew L. Spivack   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ADJUSTABLE RATE MORTGAGE TRUST 2005-9, ADJUSTABLE RATE MORTGAGE BACKED PASS THROUGH CERTIFICATES, SERIES 2005-9 nj.bkecf@fedphe.com
      Andy Winchell   on behalf of Plaintiff Daniela Maria Rosa andy@winchlaw.com, awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com
      Andy Winchell   on behalf of Debtor Daniela Maria Rosa andy@winchlaw.com, awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com
      Brian C. Nicholas   on behalf of Creditor   BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
      Diane A. Bettino   on behalf of Creditor   WELLS FARGO BANK, N.A. dbettino@reedsmith.com, kcamarda@reedsmith.com
      Diane A. Bettino   on behalf of Interested Party   WELLS FARGO dbettino@reedsmith.com, kcamarda@reedsmith.com
      Diane A. Bettino   on behalf of Defendant   WELLS FARGO dbettino@reedsmith.com, kcamarda@reedsmith.com
      Elizabeth L. Wassall   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ADJUSTABLE RATE MORTGAGE TRUST 2005-9, ADJUSTABLE RATE MORTGAGE BACKED PASS THROUGH CERTIFICATES, SERIES 2005-9 ewassall@logs.com,  njbankruptcynotifications@logs.com
      Ethan R. Buttner   on behalf of Defendant   WELLS FARGO ebuttner@reedsmith.com
      Henry Falkner Reichner   on behalf of Defendant   WELLS FARGO hreichner@reedsmith.com, rparrish@reedsmith.com;docketingecf@reedsmith.com
      John O. Lukanski   on behalf of Creditor   WELLS FARGO BANK, N.A. jlukanski@reedsmith.com, jlukanski@reedsmith.com
      Kevin Gordon McDonald   on behalf of Creditor   Adjustable Rate Mortgage Trust 2005-9, Adjustable Rate Mortgage et al... kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
      Lauren Bielskie   on behalf of U.S. Trustee   U.S. Trustee lauren.bielskie@usdoj.gov
      Melissa N. Licker   on behalf of Creditor   Specialized Loan Servicing, LLC NJ_ECF_Notices@mccalla.com,  mccallaecf@ecf.courtdrive.com
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
      TOTAL: 15