Form 147 – ntccnfpln

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:  17−27826−CMG
                    Chapter:  11
                    Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daniela Maria Rosa
   fka Daniela M Soares
   23 Robin Road
   Warren, NJ 07059

Social Security No.:
   xxx−xx−3097

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 11 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 11 plan was entered on August 18, 2020.

   IT IS FURTHER NOTICED,

1. The clerk shall close the case 180 days after entry of the order confirming plan. Local Rule 3022−1(a).

2. On motion of a party in interest filed and served within the time period set forth above, the court may for cause extend the time for closing the case. Local Rule 3022−1(b).

3. All applications for allowance of fees and expenses shall be filed within 90 days after entry of a final order confirming plan, or such fees and expenses shall be deemed to be waived. Local Rule 2016−1(i).

Dated: August 18, 2020
JAN: dmi

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Daniela Maria Rosa  
    Debtor

Case No. 17-27826-CMG  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2      Date Rcvd: Aug 18, 2020  
                        Form ID: 147     Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2020.

```
db              +Daniela Maria Rosa,    23 Robin Road,    Warren, NJ 07059-5039
lm              +Specialized Loan Servicing,    8742 Lucent Blvd.,    Suite 300,    Highlands Ranch, CO 80129-2386
cr              +Specialized Loan Servicing, LLC,    8742 Lucent Blv.,    St.. 300,
                 Highlands Ranch, CO 80129-2386
cr              +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ADJ,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
517089362        American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517099115        American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
517044374       +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
517044380       +First National Bank,    Attn: FNN Legal Dept,    1620 Dodge St Mailstop Code 3290,
                 Omaha, NE 68102-1593
517044382       +James Rosa,    23 Robin Road,    Warren, NJ 07059-5039
517044384       +PNC Bank Auto,    P.O. Box 747066,    Pittsburgh, PA 15274-7066
517976263       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
517976264       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517044388       +Target,    C/O Financial & Retail Srvs,    Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
518859057       +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517145188        U.S. Bank National Association, as Trustee,    c/o Wells Fargo Bank, N.A., as Servicer,
                 Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,    Eagan, MN 55121-7700
517044390       ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                (address filed with court: Wells Fargo Home Mortgage,    8480 Stagecoach Circle,
                 Frederick, MD 21701)
517044391       +Wells Fargo Home Mortgage,    P.O. Box 14547,    Des Moines, IA 50306-3547
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 19 2020 00:12:10      Dist Dir of IRS,
                 Insolvency Function,    PO Box 724,    Springfield, NJ 07081-0724
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 19 2020 00:12:53      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 19 2020 00:12:50      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518430124       +E-mail/Text: BKBCNMAIL@carringtonms.com Aug 19 2020 00:11:45      Bank of America, N.A.,
                 c/o Carrington Mortgage Services LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5948
517044375       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 19 2020 00:15:54      Capital One,
                 Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
517044378       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 19 2020 00:12:27      Comenity Bank,
                 Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
517044379       +E-mail/Text: mrdiscen@discover.com Aug 19 2020 00:11:52      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
517044376        E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 19 2020 00:15:50      Chase Card,
                 Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850
517044377        E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 19 2020 00:16:34      Chase Card Services,
                 Attn: Correspondence,    Po Box 15278,    Wilmington, DE 19850
517044383       +E-mail/Text: bankruptcies@orangelake.com Aug 19 2020 00:11:52      Orange Lake Country Cl,
                 Attn: Bankruptcy,    8505 W Irlo Bronson Memorial Highway,    Kissimmee, FL 34747-8201
517044385       +E-mail/PDF: gecsedi@recoverycorp.com Aug 19 2020 00:14:58      Syncb/Toys 'R' Us,
                 Po Box 965064,    Orlando, FL 32896-5064
517049175       +E-mail/PDF: gecsedi@recoverycorp.com Aug 19 2020 00:14:58      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517044386       +E-mail/PDF: gecsedi@recoverycorp.com Aug 19 2020 00:14:58      Synchrony Bank/Banana Republic,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
517044387       +E-mail/PDF: gecsedi@recoverycorp.com Aug 19 2020 00:14:58      Synchrony Bank/Gap,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
517044389        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 19 2020 00:11:32
                 Verizon Wireless,    Attn: Bankruptcy Administration,    500 Technology Drive #550,
                 Saint Charles, MO 63304-2225
                                                                                                TOTAL: 15
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517044381*       Internal Revenue Service,    Centralized Insolvency Operations,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Aug 18, 2020
                              Form ID: 147             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2020 at the address(es) listed below:

```
          Andrew L. Spivack    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
           ADJUSTABLE RATE MORTGAGE TRUST 2005-9, ADJUSTABLE RATE MORTGAGE BACKED PASS THROUGH CERTIFICATES,
           SERIES 2005-9 nj.bkecf@fedphe.com
          Andy   Winchell    on behalf of Plaintiff Daniela Maria Rosa andy@winchlaw.com,
           awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com
          Andy   Winchell    on behalf of Debtor Daniela Maria Rosa andy@winchlaw.com,
           awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com
          Brian C. Nicholas    on behalf of Creditor    BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Diane A. Bettino    on behalf of Creditor    WELLS FARGO BANK, N.A. dbettino@reedsmith.com,
           kcamarda@reedsmith.com
          Diane A. Bettino    on behalf of Defendant    WELLS FARGO dbettino@reedsmith.com,
           kcamarda@reedsmith.com
          Diane A. Bettino    on behalf of Interested Party    WELLS FARGO dbettino@reedsmith.com,
           kcamarda@reedsmith.com
          Elizabeth L. Wassall    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
           ADJUSTABLE RATE MORTGAGE TRUST 2005-9, ADJUSTABLE RATE MORTGAGE BACKED PASS THROUGH CERTIFICATES,
           SERIES 2005-9 ewassall@logs.com,  njbankruptcynotifications@logs.com
          Ethan R. Buttner    on behalf of Creditor    WELLS FARGO BANK, N.A. ebuttner@reedsmith.com
          Ethan R. Buttner    on behalf of Defendant    WELLS FARGO ebuttner@reedsmith.com
          Henry Falkner Reichner    on behalf of Defendant    WELLS FARGO hreichner@reedsmith.com,
           rparrish@reedsmith.com;docketingecf@reedsmith.com
          John O. Lukanski    on behalf of Creditor    WELLS FARGO BANK, N.A. jlukanski@reedsmith.com,
           jlukanski@reedsmith.com
          Kevin Gordon McDonald    on behalf of Creditor    Adjustable Rate Mortgage Trust 2005-9, Adjustable
           Rate Mortgage et al... kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Lauren  Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
          Melissa N. Licker    on behalf of Creditor    Specialized Loan Servicing, LLC
           NJ_ECF_Notices@mccalla.com,  mccallaecf@ecf.courtdrive.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 16
```