Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−27826−CMG
Chapter: 11
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Daniela Maria Rosa
    fka Daniela M Soares
    23 Robin Road
    Warren, NJ 07059

Social Security No.:
    xxx−xx−3097

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:       12/15/20
Time:       02:00 PM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Andy Winchell, Debtor's Attorney

COMMISSION OR FEES
Fees: $15,262.00

EXPENSES
$204.60

If this is a chapter 13 case, the fees and expenses awarded:

☐   will not reduce the amount to be paid to general unsecured
    creditors under the plan.

☐   will reduce the amount to be paid to general unsecured
    creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: November 13, 2020
JAN:

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Daniela Maria Rosa  
    Debtor(s)

Case No. 17-27826-CMG  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3  
Date Rcvd: Nov 13, 2020     Form ID: 137     Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniela Maria Rosa, 23 Robin Road, Warren, NJ 07059-5039 |
| lm | + | Specialized Loan Servicing, 8742 Lucent Blvd., Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | Specialized Loan Servicing, LLC, 8742 Lucent Blv., St.. 300, Highlands Ranch, CO 80129-2386 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ADJ, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517089362 | | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517099115 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517044374 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 517044380 | + | First National Bank, Attn: FNN Legal Dept, 1620 Dodge St Mailstop Code 3290, Omaha, NE 68102-1593 |
| 517044382 | + | James Rosa, 23 Robin Road, Warren, NJ 07059-5039 |
| 517044384 | + | PNC Bank Auto, P.O. Box 747066, Pittsburgh, PA 15274-7066 |
| 517976263 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwich Village, CO 80111-4720 |
| 517044388 | + | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 518859057 | + | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 517145188 | | U.S. Bank National Association, as Trustee, c/o Wells Fargo Bank, N.A., as Servicer, Default Document Processing, N9286-01Y, 1000 Blue Gentian Road Eagan, MN 55121-7700 |
| 517044390 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Home Mortgage, 8480 Stagecoach Circle, Frederick, MD 21701 |
| 517044391 | + | Wells Fargo Home Mortgage, P.O. Box 14547, Des Moines, IA 50306-3547 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 13 2020 23:14:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 13 2020 23:15:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 13 2020 23:15:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518430124 | + | Email/Text: BKBCNMAIL@carringtonms.com | Nov 13 2020 23:13:00 | Bank of America, N.A., c/o Carrington Mortgage Services LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 517044375 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 13 2020 23:23:29 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517044378 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 13 2020 23:14:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 517044379 | + | Email/Text: mrdiscen@discover.com | Nov 13 2020 23:13:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517044376 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 13 2020 23:26:03 | Chase Card, Attn: Correspondence Dept, Po Box |

Case 17-27826-CMG    Doc 114    Filed 11/15/20    Entered 11/16/20 00:25:08    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 13, 2020 | Form ID: 137 | Total Noticed: 31 |

| | | | |
|---|---|---|---|
| | | | 15298, Wilmington, DE 19850 |
| 517044377 | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 13 2020 23:24:45 | Chase Card Services, Attn: Correspondence, Po Box 15278, Wilmington, DE 19850 |
| 517044383 | + Email/Text: bankruptcies@orangelake.com | Nov 13 2020 23:13:00 | Orange Lake Country Cl, Attn: Bankruptcy, 8505 W Irlo Bronson Memorial Highway, Kissimmee, FL 34747-8201 |
| 517044385 | + Email/PDF: gecsedi@recoverycorp.com | Nov 13 2020 23:26:01 | Syncb/Toys 'R' Us, Po Box 965064, Orlando, FL 32896-5064 |
| 517049175 | + Email/PDF: gecsedi@recoverycorp.com | Nov 13 2020 23:26:01 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517044386 | + Email/PDF: gecsedi@recoverycorp.com | Nov 13 2020 23:23:26 | Synchrony Bank/Banana Republic, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 517044387 | + Email/PDF: gecsedi@recoverycorp.com | Nov 13 2020 23:23:26 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 517044389 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 13 2020 23:12:00 | Verizon Wireless, Attn: Bankruptcy Administration, 500 Technology Drive #550, Saint Charles, MO 63304-2225 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517044381 | * | Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 517976264 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwich Village, CO 80111-4720 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2020    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR ADJUSTABLE RATE MORTGAGE TRUST 2005-9, ADJUSTABLE RATE MORTGAGE BACKED PASS THROUGH CERTIFICATES, SERIES 2005-9 andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Andy Winchell | on behalf of Plaintiff Daniela Maria Rosa andy@winchlaw.com awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com |

Case 17-27826-CMG    Doc 114    Filed 11/15/20    Entered 11/16/20 00:25:08    Desc
Imaged Certificate of Notice    Page 5 of 5

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 13, 2020 | Form ID: 137 | Total Noticed: 31 |

| | |
|---|---|
| Andy Winchell | on behalf of Debtor Daniela Maria Rosa andy@winchlaw.com awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com |
| Brian C. Nicholas | on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Diane A. Bettino | on behalf of Creditor WELLS FARGO BANK  N.A. dbettino@reedsmith.com, kcamarda@reedsmith.com |
| Diane A. Bettino | on behalf of Defendant WELLS FARGO dbettino@reedsmith.com  kcamarda@reedsmith.com |
| Diane A. Bettino | on behalf of Interested Party WELLS FARGO dbettino@reedsmith.com  kcamarda@reedsmith.com |
| Elizabeth L. Wassall | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR ADJUSTABLE RATE MORTGAGE TRUST 2005-9, ADJUSTABLE RATE MORTGAGE BACKED PASS THROUGH CERTIFICATES, SERIES 2005-9 logsecf@logs.com, njbankruptcynotifications@logs.com |
| Ethan R. Buttner | on behalf of Creditor WELLS FARGO BANK  N.A. ebuttner@reedsmith.com |
| Ethan R. Buttner | on behalf of Defendant WELLS FARGO ebuttner@reedsmith.com |
| Henry Falkner Reichner | on behalf of Defendant WELLS FARGO hreichner@reedsmith.com  rparrish@reedsmith.com;docketingecf@reedsmith.com |
| John O. Lukanski | on behalf of Creditor WELLS FARGO BANK  N.A. jlukanski@reedsmith.com, jlukanski@reedsmith.com |
| Kevin Gordon McDonald | on behalf of Creditor Adjustable Rate Mortgage Trust 2005-9  Adjustable Rate Mortgage et al... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Mark E. Hall | on behalf of Mediator Mark Hall mhall@foxrothschild.com  cbrown@foxrothschild.com |
| Melissa N. Licker | on behalf of Creditor Specialized Loan Servicing  LLC NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 17