| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| Law Offices of Andy Winchell, P.C.<br>100 Connell Drive, Suite 2300<br>Berkeley Heights, New Jersey 07922<br>Telephone No. (973) 457-4710<br>andy@winchlaw.com<br>By: Andy Winchell [AW-6590]<br>Attorney for the Debtor | Order Filed on December 15, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Daniela Maria Rosa | Case No. 17-27826 (CMG)<br>Hearing Date: December 15, 2020<br>Judge: Hon. Christine M Gravelle<br>Chapter: 11 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 15, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Law Offices of Andy Winchell, PC | $15,262.00 | $204.60 |

*rev. 7/1/04 jml*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                                                          Case No. 17-27826-CMG

Daniela Maria Rosa                                                                                                                               Chapter 11

    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 15, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol         Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2020:**

**Recip ID              Recipient Name and Address**
db                   +  Daniela Maria Rosa, 23 Robin Road, Warren, NJ 07059-5039

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2020                                   Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2020 at the address(es) listed below:**

**Name**                              **Email Address**

Andy Winchell
    on behalf of Debtor Daniela Maria Rosa andy@winchlaw.com
    awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com

Andy Winchell
    on behalf of Plaintiff Daniela Maria Rosa andy@winchlaw.com
    awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com

Brian C. Nicholas
    on behalf of Creditor BANK OF AMERICA   N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Diane A. Bettino
    on behalf of Defendant WELLS FARGO dbettino@reedsmith.com  kcamarda@reedsmith.com

Diane A. Bettino
    on behalf of Interested Party WELLS FARGO dbettino@reedsmith.com  kcamarda@reedsmith.com

Case 17-27826-CMG    Doc 118    Filed 12/17/20    Entered 12/18/20 00:17:28    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 15, 2020 | Form ID: pdf903 | Total Noticed: 1 |

Diane A. Bettino
    on behalf of Creditor WELLS FARGO BANK  N.A. dbettino@reedsmith.com, kcamarda@reedsmith.com

Elizabeth L. Wassall
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR ADJUSTABLE RATE MORTGAGE TRUST 2005-9, ADJUSTABLE RATE MORTGAGE BACKED PASS THROUGH CERTIFICATES, SERIES 2005-9 ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Ethan R. Buttner
    on behalf of Defendant WELLS FARGO ebuttner@reedsmith.com

Ethan R. Buttner
    on behalf of Creditor WELLS FARGO BANK  N.A. ebuttner@reedsmith.com

Henry Falkner Reichner
    on behalf of Defendant WELLS FARGO hreichner@reedsmith.com  rparrish@reedsmith.com;docketingecf@reedsmith.com

John O. Lukanski
    on behalf of Creditor WELLS FARGO BANK  N.A. jlukanski@reedsmith.com, jlukanski@reedsmith.com

Kevin Gordon McDonald
    on behalf of Creditor Adjustable Rate Mortgage Trust 2005-9  Adjustable Rate Mortgage et al... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Lauren Bielskie
    on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Mark E. Hall
    on behalf of Mediator Mark Hall mhall@foxrothschild.com  cbrown@foxrothschild.com

Melissa N. Licker
    on behalf of Creditor Specialized Loan Servicing  LLC NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 16