UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Daniela Maria Rosa | Case No.:  17-27826-CMG<br><br>Chapter:  11<br><br>Hearing Date:  _____<br><br>Judge:  Christine M. Gravelle |

## NOTICE OF INTENTION TO CLOSE CASE
## PURSUANT TO D.N.J. LBR 3022-1(a)

TO:    DEBTOR, DEBTOR'S ATTORNEY, TRUSTEE, if any, and UNITED STATES TRUSTEE

It appearing that an Order Confirming the Chapter 11 Plan was entered more than five (5) months ago, you are hereby notified of the Court's intention to close the above captioned case pursuant to D.N.J. LBR 3022-1(a). The case shall be closed on or after _____3/2/21_____ unless an objection to closing is filed with the court and served on the United States Trustee at least seven (7) days prior to the closing date. In the event a timely objection is filed, a hearing will be held on:

Date:        March 2, 2021 _____

Time:        2:00 PM _____

Location:    Courtroom # 3  USBC _____

             402 East State Street _____

             Trenton,  New Jersey 08608 _____

DATED: 1/19/21 _____          JEANNE A. NAUGHTON, Clerk

*rev.1/4/17*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-27826-CMG |
| Daniela Maria Rosa | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 19, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2021:**

**Recip ID          Recipient Name and Address**
db                   +  Daniela Maria Rosa, 23 Robin Road, Warren, NJ 07059-5039

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2021                              Signature:            /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andy Winchell | |
| | on behalf of Debtor Daniela Maria Rosa andy@winchlaw.com awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com |
| Andy Winchell | |
| | on behalf of Plaintiff Daniela Maria Rosa andy@winchlaw.com awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com |
| Brian C. Nicholas | |
| | on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Diane A. Bettino | |
| | on behalf of Defendant WELLS FARGO dbettino@reedsmith.com  kcamarda@reedsmith.com |
| Diane A. Bettino | |
| | on behalf of Interested Party WELLS FARGO dbettino@reedsmith.com  kcamarda@reedsmith.com |

District/off: 0312-3

Date Rcvd: Jan 19, 2021

User: admin

Form ID: pdf903

Page 2 of 2

Total Noticed: 1

Diane A. Bettino
> on behalf of Creditor WELLS FARGO BANK  N.A. dbettino@reedsmith.com, kcamarda@reedsmith.com

Elizabeth L. Wassall
> on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR ADJUSTABLE RATE MORTGAGE TRUST 2005-9, ADJUSTABLE RATE MORTGAGE BACKED PASS THROUGH CERTIFICATES, SERIES 2005-9 ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Ethan R. Buttner
> on behalf of Defendant WELLS FARGO ebuttner@reedsmith.com

Ethan R. Buttner
> on behalf of Creditor WELLS FARGO BANK  N.A. ebuttner@reedsmith.com

Henry Falkner Reichner
> on behalf of Defendant WELLS FARGO hreichner@reedsmith.com  rparrish@reedsmith.com;docketingecf@reedsmith.com

John O. Lukanski
> on behalf of Creditor WELLS FARGO BANK  N.A. jlukanski@reedsmith.com, jlukanski@reedsmith.com

Kevin Gordon McDonald
> on behalf of Creditor Adjustable Rate Mortgage Trust 2005-9  Adjustable Rate Mortgage et al... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Lauren Bielskie
> on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Mark E. Hall
> on behalf of Mediator Mark Hall mhall@foxrothschild.com  cbrown@foxrothschild.com

Melissa N. Licker
> on behalf of Creditor Specialized Loan Servicing  LLC NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com

U.S. Trustee
> USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 16